Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**ED HULL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual, | CASE NO.: 2:21-cv-05055-SB-AFM |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| REALTY INCOME PROPERTIES 16, LLC, a California limited liability company; and Does 1-10, | The Hon. Stanley Blumenfeld, Jr<br>Trial Date:  Not on Calendar |
| Defendants. | |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to

1

1  all parties will be filed within 60 days. The Parties further request that the Court

2
3  schedule a Status Conference/OSC Hearing approximately 60 days out at which the

4  Parties, by and through their attorneys of record shall show cause why this case has

5  not been dismissed.

6

7

8  DATED: September 8, 2021        **THE LAW OFFICE OF HAKIMI &**
                                   **SHAHRIARI**
9

10

11                                 By:   _/s/Anoush Hakimi_
                                         Anoush Hakimi, Esq.
12                                       Attorneys for Plaintiff, Ed Hull

13

14

15 DATED: September 8, 2021        **THE KARLIN LAW FIRM LLP**

16

17                                 By:   _/s/ Michael J. Karlin_
                                         Michael J. Karlin, Esq.
18                                       Attorney for Defendant, Michael J. Karlin

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*

By: Anoush Hakimi
Attorney for Plaintiff Ed Hull

JOINT NOTICE OF SETTLEMENT