**FILED**
CLERK, U.S. DISTRICT COURT

October 7, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>REALTY INCOME PROPERTIES 16, LLC, a California limited liability company; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-05055-SB-AFM<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 22, 2021<br>Trial Date:   Not on Calendar |

1  Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2  it, and being fully advised finds as follows:
3  **IT IS ORDERED THAT:**
4  Plaintiff Ed Hull's action against Defendant Realty Income Properties 16, LLC is
5  dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: October 7, 2021

Hon. Stanley Blumenfeld, Jr
United States District Judge